FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY E. NATION,<br><br>                   Petitioner,<br><br>     v.<br><br>STATE OF WASHINGTON COUNTY OF BENTON,<br><br>                  Respondent. | No.   4:19-cv-05001-SMJ<br><br>**ORDER DISMISSING HABEAS CORPUS PETITION** |

By order filed March 11, 2019, the Court advised Petitioner Timothy E. Nation of the deficiencies of his Petition for Writ of Habeas Corpus and directed him to amend it within sixty days. ECF No. 3. Petitioner is proceeding *pro se* and has paid the filing fee. Respondent has not been served.

A copy of the order was sent to Petitioner at the Benton County Jail but was returned as undeliverable on March 15, 2019 with a notation of "Inmate Not in Jail." ECF No. 4. Petitioner has not kept the Court apprised of his current address and he has not corrected the deficiencies of his petition.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**     Petitioner's habeas corpus petition, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction over Respondent

ORDER DISMISSING HABEAS CORPUS PETITION **-** 1

and for failure to exhaust state court remedies as required by 28 U.S.C. § 2254(b)(1)(A).

2.   The Clerk's Office is directed to **ENTER JUDGMENT** for Respondent and **CLOSE** this file.

3.   The Court certifies that an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. §§ 1915(a)(3), 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to *pro se* Petitioner at his last known address.

**DATED** this  22nd day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge